## United States Bankruptcy Court
### District of Kansas

In re: **Matthew Russell Asikainen**
**Margaret Ann Asikainen**
Debtor(s)

Case No. **18-21339**
Chapter **13**

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because __

■ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Executed on **June 29, 2018** (date) by **/s/ Matthew Russell Asikainen**
**Matthew Russell Asikainen** (debtor)

Executed on **June 29, 2018** (date) by **/s/ Margaret Ann Asikainen**
**Margaret Ann Asikainen** (joint debtor)

5/21/2018

Margaret A Asikainen    **2,096.18

Two thousand ninety six and 18/100*****************************************************************

Margaret A Asikainen
1229 Zarda Lane
Kansas City KS 66109

| CivicPlus Inc FKA Icon Enterprises, CivicPlus Inc, 302 S 4th St., Suite 500, Manhattan KS 66502, Phone: (785) 587-4121 ||||||
|---|---|---|---|---|---|
| Margaret A Asikainen | | CivicClerk | xxx-xx-3074 | 5/1/2018-5/15/2018 | 5/21/2018 |

| Earnings ||||| Taxes and Deductions |||
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 01 Salary | | | 2,363.73 | 23,524.74 | Medicare Employee | 43.34 | 402.11 |
| Health Care Cost | 0:00 | | 0.00 | 5,120.25 | Social Security Employee | 185.30 | 1,719.36 |
| 02 Commission | | | 595.76 | 4,320.74 | Federal Withholding | 434.54 | 4,045.15 |
| Reimbursable Ex... | | | 0.00 | 518.44 | Kansas Withholding | 139.02 | 1,270.19 |
| Taxable Commu... | 0:00 | 50.00 | 50.00 | 500.00 | Dental - Employee | 0.00 | 41.04 |
| TripActions Rew... | 0:00 | | 0.00 | 96.50 | FSA Medical | 20.83 | 208.30 |
| 04 Salary-Vacati... | 0:00 | | 0.00 | 0.00 | Health - Employee Option | 0.00 | 461.04 |
| Health Care Cost | 0:00 | | 0.00 | -5,120.25 | 401(k) | 90.28 | 853.25 |
| | | | | | UMB Bank ####07 | 2,096.18 | 19,959.98 |

| Accrued Time |||||
|---|---|---|---|---|
| Description | This Period || Year To Date ||
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 0 | 0.00 | 16.00 | 184.00 |

| This Period ||| Year To Date |||
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| $ 3,009.49 | $ 913.31 | $ 2,096.18 | $ 28,960.42 | $ 9,000.44 | $ 19,959.98 |

| CivicPlus Inc FKA Icon Enterprises, CivicPlus Inc, 302 S 4th St., Suite 500, Manhattan KS 66502, Phone: (785) 587-4121 ||||||
|---|---|---|---|---|---|
| Margaret A Asikainen | | CivicClerk | xxx-xx-3074 | 5/1/2018-5/15/2018 | 5/21/2018 |

| Earnings ||||| Taxes and Deductions |||
|---|---|---|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 01 Salary | | | 2,363.73 | 23,524.74 | Medicare Employee | 43.34 | 402.11 |
| Health Care Cost | 0:00 | | 0.00 | 5,120.25 | Social Security Employee | 185.30 | 1,719.36 |
| 02 Commission | | | 595.76 | 4,320.74 | Federal Withholding | 434.54 | 4,045.15 |
| Reimbursable Ex... | | | 0.00 | 518.44 | Kansas Withholding | 139.02 | 1,270.19 |
| Taxable Commu... | 0:00 | 50.00 | 50.00 | 500.00 | Dental - Employee | 0.00 | 41.04 |
| TripActions Rew... | 0:00 | | 0.00 | 96.50 | FSA Medical | 20.83 | 208.30 |
| 04 Salary-Vacati... | 0:00 | | 0.00 | 0.00 | Health - Employee Option | 0.00 | 461.04 |
| Health Care Cost | 0:00 | | 0.00 | -5,120.25 | 401(k) | 90.28 | 853.25 |
| | | | | | UMB Bank ####07 | 2,096.18 | 19,959.98 |

| Accrued Time |||||
|---|---|---|---|---|
| Description | This Period || Year To Date ||
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 0 | 0.00 | 16.00 | 184.00 |

| This Period ||| Year To Date |||
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| $ 3,009.49 | $ 913.31 | $ 2,096.18 | $ 28,960.42 | $ 9,000.44 | $ 19,959.98 |

5/7/2018

Margaret A Asikainen	**1,851.30

One thousand eight hundred fifty one and 30/100********************************************************************

Margaret A Asikainen
1229 Zarda Lane
Kansas City KS 66109

| CivicPlus Inc FKA Icon Enterprises, CivicPlus Inc, 302 S 4th St., Suite 500, Manhattan KS 66502, Phone: (785) 587-4121 ||||||
|---|---|---|---|---|---|
| Margaret A Asikainen || CivicClerk | xxx-xx-3074 | 4/16/2018-4/30/2018 | 5/7/2018 |

| Earnings |||||
|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD |
| 01 Salary | | | 2,363.73 | 21,161.01 |
| Health Care Cost | 0:00 | | 0.00 | 5,120.25 |
| 02 Commission | | | 0.00 | 3,724.98 |
| Reimbursable Ex... | | | 127.34 | 518.44 |
| Taxable Commu... | 0:00 | 50.00 | 50.00 | 450.00 |
| TripActions Rew... | 0:00 | | 0.00 | 96.50 |
| 04 Salary-Vacati... | 0:00 | | 0.00 | 0.00 |
| Health Care Cost | 0:00 | | 0.00 | -5,120.25 |

| Taxes and Deductions |||
|---|---|---|
| Description | Amount | YTD |
| Medicare Employee | 34.69 | 358.77 |
| Social Security Employee | 148.36 | 1,534.06 |
| Federal Withholding | 307.40 | 3,610.61 |
| Kansas Withholding | 106.08 | 1,131.17 |
| Dental - Employee | 0.00 | 41.04 |
| FSA Medical | 20.83 | 187.47 |
| Health - Employee Option | 0.00 | 461.04 |
| 401(k) | 72.41 | 762.97 |
| UMB Bank ####07 | 1,851.30 | 17,863.80 |

| Accrued Time |||||
|---|---|---|---|---|
| Description | This Period || Year To Date ||
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 0 | 0.00 | 16.00 | 56.00 |

| This Period |||
|---|---|---|
| Earnings | Deductions | Net Pay |
| $ 2,541.07 | $ 689.77 | $ 1,851.30 |

| Year To Date |||
|---|---|---|
| Earnings | Deductions | Net Pay |
| $ 25,950.93 | $ 8,087.13 | $ 17,863.80 |

| CivicPlus Inc FKA Icon Enterprises, CivicPlus Inc, 302 S 4th St., Suite 500, Manhattan KS 66502, Phone: (785) 587-4121 ||||||
|---|---|---|---|---|---|
| Margaret A Asikainen || CivicClerk | xxx-xx-3074 | 4/16/2018-4/30/2018 | 5/7/2018 |

| Earnings |||||
|---|---|---|---|---|
| Description | Hours | Rate | Amount | YTD |
| 01 Salary | | | 2,363.73 | 21,161.01 |
| Health Care Cost | 0:00 | | 0.00 | 5,120.25 |
| 02 Commission | | | 0.00 | 3,724.98 |
| Reimbursable Ex... | | | 127.34 | 518.44 |
| Taxable Commu... | 0:00 | 50.00 | 50.00 | 450.00 |
| TripActions Rew... | 0:00 | | 0.00 | 96.50 |
| 04 Salary-Vacati... | 0:00 | | 0.00 | 0.00 |
| Health Care Cost | 0:00 | | 0.00 | -5,120.25 |

| Taxes and Deductions |||
|---|---|---|
| Description | Amount | YTD |
| Medicare Employee | 34.69 | 358.77 |
| Social Security Employee | 148.36 | 1,534.06 |
| Federal Withholding | 307.40 | 3,610.61 |
| Kansas Withholding | 106.08 | 1,131.17 |
| Dental - Employee | 0.00 | 41.04 |
| FSA Medical | 20.83 | 187.47 |
| Health - Employee Option | 0.00 | 461.04 |
| 401(k) | 72.41 | 762.97 |
| UMB Bank ####07 | 1,851.30 | 17,863.80 |

| Accrued Time |||||
|---|---|---|---|---|
| Description | This Period || Year To Date ||
| | Used | Accrued | Used | Available |
| Sick | 0 | 0.00 | 0.00 | 0.00 |
| Vacation | 0 | 0.00 | 16.00 | 56.00 |

| This Period |||
|---|---|---|
| Earnings | Deductions | Net Pay |
| $ 2,541.07 | $ 689.77 | $ 1,851.30 |

| Year To Date |||
|---|---|---|
| Earnings | Deductions | Net Pay |
| $ 25,950.93 | $ 8,087.13 | $ 17,863.80 |



**CITY OF BLUE SPRINGS**
903 W MAIN ST
BLUE SPRINGS, MO 64015

**Pay Date:** 05/24/2018
**Voucher #:** (20922)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| MATTHEW RUSSELL ASIKAINEN | 1 | Checking | XXXXXX6507 | 101000695 | 1,356.98 |

40010/2502  2551  05/24/2018  (20922)

**MATTHEW RUSSELL ASIKAINEN**
1229 Zarda Lane
Kansas City, KS 66109

### NON-NEGOTIABLE - THIS IS NOT A CHECK

**#2551 - MATTHEW RUSSELL ASIKAINEN**  Voucher # (20922)  Pay Date: 05/24/2018
**40010/2502**  Pay Period: 05/05/2018-05/18/2018

**Earnings**

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Car Allowance | | | 69.00 | 207.00 |
| FT Wages | 23.08 | 80:00 | 1,846.15 | 8,307.69 |
| Ins Over 50K TF | | | 0.91 | 3.64 |
| Phone Allowance | | | 80.00 | 240.00 |
| **Gross Pay** | | | **1,996.06** | **8,758.33** |

**Deductions**

| | Current | YTD | |
|---|---|---|---|
| Insurance - Dental | 15.00 | 60.00 | [1] |
| Insurance - Health | 329.00 | 1,316.00 | [1] |
| Insurance - Vision | 4.00 | 16.00 | [1] |
| **Total** | **348.00** | **1,392.00** | |

**Taxes Withheld**

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,568.06 | 7,126.33 | 120.21 | 519.06 |
| FICA | 1,568.06 | 7,126.33 | 97.22 | 441.83 |
| MEDI | 1,568.06 | 7,126.33 | 22.74 | 103.33 |
| SIT:MO | 1,568.06 | 7,126.33 | 50.00 | 249.00 |
| **Total** | | | **290.17** | **1,313.22** |

| **Net Pay** | | **1,357.89** | **6,053.11** |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.91 | 3.64 |
| Checking (6507) | | 1,356.98 | 6,049.47 |

**Company Paid Benefits** [2]

| | Current | YTD |
|---|---|---|
| City Paid Life - Dep Coverage | 0.23 | 0.92 |
| City Paid Life - Employee Coverage | 10.08 | 40.32 |
| Insurance - Dental | 27.44 | 109.76 |
| Insurance - Health | 556.19 | 2,224.76 |
| Insurance - Vision | 6.77 | 27.08 |
| -- More -- | | |

**Company Paid Benefits - Continued**

| | Current | YTD |
|---|---|---|
| FICA | 97.22 | 441.83 |
| MEDI | 22.74 | 103.33 |
| SUTA:MO | | |
| **Total** | **720.67** | **2,948.00** |

**Timesheet**

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 05/07/2018 | | | | 8:00 |
| Tue, 05/08/2018 | | | | 8:00 |
| Wed, 05/09/2018 | | | | 8:00 |
| Thu, 05/10/2018 | | | | 8:00 |
| Fri, 05/11/2018 | | | | 8:00 |
| Mon, 05/14/2018 | | | | 8:00 |
| Tue, 05/15/2018 | | | | 8:00 |
| Wed, 05/16/2018 | | | | 8:00 |
| Thu, 05/17/2018 | | | | 8:00 |
| Fri, 05/18/2018 | | | | 8:00 |

**Accruals**

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| EIB Leave | Hrs: | 9:54 | 0:00 | 9:54 |
| Military Leave | Hrs: | 0:00 | 0:00 | 0:00 |
| PD Physical Assessment | Hrs: | 0:00 | 0:00 | 0:00 |
| PTO Leave | Hrs: | 28:01 | 0:00 | 28:01 |
| United Way Personal Day | Hrs: | 0:00 | 0:00 | 0:00 |

**Tax Allowance Settings**

Federal:   Married/0
Missouri:  Allowances: 0
           Filing Status: M
           Spouse working status: TRUE

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.

CITY OF BLUE SPRINGS 903 W MAIN ST, BLUE SPRINGS, MO 64015    1 of 1
Case 18-21339   Doc# 4   Filed 06/29/18   Page 4 of 5



**CITY OF BLUE SPRINGS**
903 W MAIN ST
BLUE SPRINGS, MO 64015

Pay Date: 05/10/2018
Voucher #: (20553)

| Deposited To The Account(s) Of | Deposit # | Account Type | Account # | Transit ABA | Deposit |
|---|---|---|---|---|---|
| MATTHEW RUSSELL ASIKAINEN | 1 | Checking | XXXXXX6507 | 101000695 | 1,225.55 |

40010/2502  2551  05/10/2018  (20553)

**MATTHEW RUSSELL ASIKAINEN**
1229 Zarda Lane
Kansas City, KS 66109

**NON-NEGOTIABLE - THIS IS NOT A CHECK**

#2551 - MATTHEW RUSSELL ASIKAINEN   Voucher # (20553)   Pay Date: 05/10/2018
40010/2502                                                Pay Period: 04/21/2018-05/04/2018

### Earnings

| | Rate | Hours | Current | YTD |
|---|---|---|---|---|
| Car Allowance | | | | 138.00 |
| FT Wages | 23.08 | 80:00 | 1,846.15 | 6,461.54 |
| Ins Over 50K TF | | | 0.91 | 2.73 |
| Phone Allowance | | | | 160.00 |
| **Gross Pay** | | | **1,847.06** | **6,762.27** |

### Deductions

| | Current | YTD | |
|---|---|---|---|
| Insurance - Dental | 15.00 | 45.00 | [1] |
| Insurance - Health | 329.00 | 987.00 | [1] |
| Insurance - Vision | 4.00 | 12.00 | [1] |
| **Total** | **348.00** | **1,044.00** | |

### Taxes Withheld

| | Taxable | Taxable YTD | Current | YTD |
|---|---|---|---|---|
| FIT | 1,499.06 | 5,558.27 | 111.93 | 398.85 |
| FICA | 1,499.06 | 5,558.27 | 92.94 | 344.61 |
| MEDI | 1,499.06 | 5,558.27 | 21.73 | 80.59 |
| SIT:MO | 1,499.06 | 5,558.27 | 46.00 | 199.00 |
| **Total** | | | **272.60** | **1,023.05** |

| **Net Pay** | | **1,226.46** | **4,695.22** |
|---|---|---|---|
| Non Cash Fringe Benefit | | 0.91 | 2.73 |
| Checking (6507) | | 1,225.55 | 4,692.49 |

### Company Paid Benefits [2]

| | Current | YTD |
|---|---|---|
| City Paid Life - Dep Coverage | 0.23 | 0.69 |
| City Paid Life - Employee Coverage | 10.08 | 30.24 |
| Insurance - Dental | 27.44 | 82.32 |
| Insurance - Health | 556.19 | 1,668.57 |
| Insurance - Vision | 6.77 | 20.31 |
| -- More -- | | |

### Company Paid Benefits - Continued

| | Current | YTD |
|---|---|---|
| FICA | 92.94 | 344.61 |
| MEDI | 21.73 | 80.59 |
| SUTA:MO | | |
| **Total** | **715.38** | **2,227.33** |

### Timesheet

| | Time Off | In | Out | Total |
|---|---|---|---|---|
| Mon, 04/23/2018 | | | | 8:00 |
| Tue, 04/24/2018 | | | | 8:00 |
| Wed, 04/25/2018 | | | | 8:00 |
| Thu, 04/26/2018 | | | | 8:00 |
| Fri, 04/27/2018 | | | | 8:00 |
| Mon, 04/30/2018 | | | | 8:00 |
| Tue, 05/01/2018 | | | | 8:00 |
| Wed, 05/02/2018 | | | | 8:00 |
| Thu, 05/03/2018 | | | | 8:00 |
| Fri, 05/04/2018 | | | | 8:00 |

### Accruals

| | | Accrued | Taken | Bal. |
|---|---|---|---|---|
| EIB Leave | Hrs: | 8:03 | 0:00 | 8:03 |
| Military Leave | Hrs: | 0:00 | 0:00 | 0:00 |
| PD Physical Assessment | Hrs: | 0:00 | 0:00 | 0:00 |
| PTO Leave | Hrs: | 22:47 | 0:00 | 22:47 |
| United Way Personal Day | Hrs: | 0:00 | 0:00 | 0:00 |

### Tax Allowance Settings

Federal:   Married/0
Missouri:  Allowances: 0
           Filing Status: M
           Spouse working status: TRUE

[1] Reduces your Federal Withholding, OASDI & Medicare Taxable Wage
[2] For information purposes only. No effect on your net pay.