# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE:

    Matthew Russell Asikainen
    Margaret Ann Asikainen
           Debtors           Case No: 18-21339-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on July 25, 2018. In support of the Trustee's Objection, the court is advised as follows:

1. The Trustee objects to the Non-Standard Provision treatment of the Student Loans as receiving available funds. The Means Test takes a deduction for the on-going Student Loan payment and Schedule J sets out a payment of $275 towards those loans. It appears the debtors are double dipping as to the treatment of the Student Loans.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

                                            s/ W.H. Griffin, Chapter 13 Trustee
                                            W.H. Griffin #08060
                                            5115 ROE BLVD
                                            SUITE 200
                                            ROELAND PARK, KS 66205-2393
                                            (913)-677-1311
                                            (913)-432-7857 (Fax)
                                            inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

s/ W.H. Griffin, Chapter 13 Trustee
W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913)-677-1311
(913)-432-7857 (Fax)
inquiries@13trusteekc.com

Matthew Russell Asikainen
Margaret Ann Asikainen
1303 N 131st Terr
Kansas City, KS 66109