W.H. GRIFFIN, TRUSTEE  
5115 ROE BLVD  
SUITE 200  
ROELAND PARK, KS  66205-2393

Case #: 18-21339-13

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Chapter 13 Case #: 18-21339-13  
Date of Filing: June 29, 2018

Matthew Russell Asikainen  
Margaret Ann Asikainen  
1303 N 131st Terr  
Kansas City, KS 66109

IN RE:  
Matthew Russell Asikainen  
Margaret Ann Asikainen  
Debtors

## RECEIPTS
For the Period from 5/1/2018 through 4/30/2019

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7/30/18 | $587.50 | 8/14/18 | $587.50 | 8/28/18 | $587.50 | 9/14/18 | $587.50 |
| 9/28/18 | $587.50 | 10/16/18 | $587.50 | 10/29/18 | $587.50 | 11/15/18 | $587.50 |
| 11/29/18 | $587.50 | 12/14/18 | $587.50 | 12/31/18 | $587.50 | 1/14/19 | $587.50 |
| 1/29/19 | $587.50 | 2/14/19 | $587.50 | 2/28/19 | $587.50 | 3/14/19 | $587.50 |
| 3/28/19 | $587.50 | 4/15/19 | $587.50 | 4/29/19 | $587.50 | | |

## CLAIMS AND DISTRIBUTIONS TO DATE

| Claim # | Claimant Name | Type | Allowed Claim | Percent to be Paid | Principal Paid | Interest Rate | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|---|
| 0 | CLERK OF THE BANKRUPT | FILING FEE | $0.00 | 100.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | Matthew Russell Asikainen | DEBTOR REFUND | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 0 | MOORE & ASSOCIATES LL | ATTORNEY FEE | $3,750.00 | 100.00 | $3,750.00 | 0.00 | $0.00 | $0.00 |
| 1 | ANHEUSER BUSCH EMPLO | UNSECURED | $1,614.11 | 100.00 | $0.00 | 0.00 | $0.00 | $1,614.11 |
| 2 | ECMC | UNSECURED | $2,267.68 | 100.00 | $0.00 | 0.00 | $0.00 | $2,267.68 |
| 3 | CAPITAL ONE AUTO FINA | SECURED-910 CAR | $5,685.93 | 100.00 | $2,871.91 | 2.99 | $117.55 | $2,814.02 |
| 4 | CAPITAL ONE AUTO FINA | SECURED-910 CAR | $6,940.16 | 100.00 | $3,498.23 | 2.99 | $143.53 | $3,441.93 |
| 5 | DISCOVER BANK | UNSECURED | $14,883.36 | 100.00 | $0.00 | 0.00 | $0.00 | $14,883.36 |
| 6 | INTERNAL REVENUE SERV | PRIORITY | $0.00 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 7 | GLHEC & Affiliates: GLHEC | UNSECURED | $25,434.06 | 100.00 | $0.00 | 0.00 | $0.00 | $25,434.06 |
| 8 | ECMC | UNSECURED | $10,284.73 | 100.00 | $0.00 | 0.00 | $0.00 | $10,284.73 |
| 9 | CAPITAL ONE BANK USA | UNSECURED | $9,847.63 | 100.00 | $0.00 | 0.00 | $0.00 | $9,847.63 |
| 10 | LENDING CLUB CORP | UNSECURED | $16,401.03 | 100.00 | $0.00 | 0.00 | $0.00 | $16,401.03 |
| 11 | UMB BANK | UNSECURED | $4,910.88 | 100.00 | $0.00 | 0.00 | $0.00 | $4,910.88 |
| 12 | PORTFOLIO RECOVERY A | UNSECURED | $1,575.24 | 100.00 | $0.00 | 0.00 | $0.00 | $1,575.24 |
| 13 | PHH MORTGAGE CORP | SECURED/SURRENDE | $150,349.38 | 0.00 | $0.00 | 0.00 | $0.00 | $0.00 |
| 14 | AMERICAN EXPRESS | UNSECURED | $7,356.51 | 100.00 | $0.00 | 0.00 | $0.00 | $7,356.51 |

W.H. GRIFFIN, TRUSTEE　　　　　　　　　　　　　　　　Case #: 18-21339-13
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS  66205-2393

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: April 30, 2019

Receipts: $11,162.50  Paid To Claims: $10,381.22  Trustee's Fees Paid: $781.28  Funds On Hand: $0.00

**NOTE:** ALL CASES MUST RUN AT LEAST 36 MONTHS UNLESS ALL ALLOWED CLAIMS ARE PAID 100%. DO NOT PAY OFF YOUR PLAN EARLY WITHOUT CONSULTING WITH YOUR ATTORNEY AND THE TRUSTEE. THE PRINCIPAL BALANCE DOES NOT REPRESENT THE PAYOFF AMOUNT FOR YOUR CASE. THIS IS ONLY A CURRENT BALANCE AND DOES NOT INCLUDE ANY FUTURE ACCRUED INTEREST ON CLAIMS